■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY SASS, Appellant. [853 NYS2d 44]—

The court properly denied defendant's application to withdraw his guilty plea. Defendant's claim that he was under the influence of drugs at the time of the plea was contradicted by his allocution, in which he expressly disclaimed any such influence, and by the court's own recollection of defendant's demeanor and responses (*see People v Bess*, 299 AD2d 263 [2002], *lv denied* 99 NY2d 580 [2003]; *People v Clarke*, 251 AD2d 7 [1998]). Concur—Nardelli, J.P., Williams, Sweeny and Catterson, JJ.

■ IVELISSE T. et al., Respondents, v PROPERTY RESOURCE CORPORATION et al., Appellants, et al., Defendants. [851 NYS2d 872]—

No opinion. Order filed. Concur—Tom, J.P., Gonzalez, Nardelli and Williams, JJ.